IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 21-05032-02-CR-SW-MDH |
| AMY KAY THOMAS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The United States has filed a Notice of Intent Not to Seek the Death Penalty. It is therefore

**ORDERED** that the appointment of the **Jason Coatney**, the Law Office of Jason Coatney, LLC, as second counsel, be, and it is hereby rescinded effective August 18, 2022. It is further

**ORDERED** that the orders appointing fact and mitigation investigator **Heidi Derryberry** and forensic psychologist **Christy Blanchard, Ph.D.**, be, and they are hereby, rescinded effective August 18, 2022. It is further

**ORDERED** that interim payments be, and they are hereby, rescinded, and that the order setting the hourly rate to the current capital rate be, and is hereby, rescinded effective August 18, 2022.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: August 18, 2022